**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**LUCY DENTON**                                                                  **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO.1:06CV621 LTS-RHW**

**UNITED STATES AUTOMOBILE ASSOCIATION**                 **DEFENDANT**

### ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [9] of Plaintiff Lucy Denton to remand this action is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 7th day of December, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge